**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                          **Case No.  2:07cr20102-Ma**

**RANDALL MCKINNEY**

_____

**ORDER APPOINTING COUNSEL PURSUANT TO**
**THE CRIMINAL JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate

representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly,

the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

•        The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

•        All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this __28th _____ day of March,
2007.


_____s/Diane K. Vescovo_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
RANDALL MCKINNEY